IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,                    No.  2:10-cv-1779 JAM KJN P

    vs.

GARY SWARTHOUT, Acting Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a former state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the 2008 decision of the Board of Parole Hearings ("Board") denying petitioner parole.  Pending is respondent's request for a stay of this action, or an extension of time to file and serve a response to the petition, because petitioner is now paroled pending appeal of the following three related decisions granting petitioner habeas relief:  Case Nos. 2:04-cv- 0584 MCE JFM P (challenging Board's 2002 decision); 2:05-cv-1870 MCE JFM P (challenging Governor's 2003 decision); and 2:05-cv-1871 MCE JFM P (challenging Board's 2004 decision), all now on appeal to the Ninth Circuit in Case Nos. 09-15615, 09-15616, and 09-15617.  If petitioner prevails on appeal in these cases, the instant case will be moot.  Accordingly, the court finds it appropriate to stay the instant action pending a final decision on the above-noted cases.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Respondent's request for a stay of this action (Dkt. No. 12) is granted; this action is stayed pending a final appellate decision in the above-noted cases; and

2. Respondent shall notify this court within thirty (30) days after the Ninth Circuit issues a remittitur in the above-noted related cases, and at such time inform the court whether the instant action has been rendered moot or whether respondent seeks a continuation of the stay pending further appeals.

3. The Clerk of the Court is directed to administratively close this case.

SO ORDERED.

DATED: November 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr1779.stay