IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

        Petitioner,                    No.  2:10-cv-1779 JAM KJN P

    vs.

GARY SWARTHOUT,

        Respondent.             <u>ORDER</u>

_____/

        Petitioner is former state prisoner, proceeding without counsel, with a habeas corpus petition pursuant to 28 U.S.C. § 2254.  By order filed November 8, 2010, this action was stayed pending a final appellate decision on three related district court decisions which granted petitioner relief.  On November 28, 2011, petitioner filed a notice of change of address, and a motion to lift the stay,  and to voluntarily dismiss this action.  Petitioner states that the decision finding him suitable for parole is now final, underscored by plaintiff's change of address.

////

////

////

////

////

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lift the stay in this action, and to dismiss this action (Dkt. No. 14), is granted; and

2. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: December 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr1779.vol.dsms.